# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. | Jason Lottman

Case Number: | 3:26-cr-128-MOC

| COUNT(S) | STATUTE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18 U.S.C. 1343 | N/A | 0-20 years/$250,000 fine/Max 3 years of SR |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?     ☐ YES     ☐ NO

* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?     ☐ YES     ☐ NO

* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?     ☐ YES     ☐ NO

* 18 U.S.C. 924(C) ONLY

IF YES     ☐ BRANDISH

☐ DISCHARGE