**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:26-CR-128-MOC-DCK**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **WRIT OF HABEAS CORPUS** |
| ) | **AD PROSEQUENDUM** |
| **JASON LOTTMAN** ) | |
| ) | |
| ) | |

TO:    The Director, Bureau of Prisons, Washington, D.C.
TO:    U.S. Marshals, Western District of North Carolina,
TO:    Union County Jail, 3344 Presson Road, Monroe, NC 28112

     **IT IS ORDERED** that you have the body of Jason Thomas Lottman, W/M, Birth Year: 1983, detained in your facility, under safe and secure conduct, brought before the Honorable ____David Keesler____, United States Magistrate Judge, Western District of North Carolina, in the City of Charlotte, North Carolina, FORTHWITH, for proceedings on or before ____7/6/2026____ at __11:05__ am/~~pm~~, to make an appearance before the Court on charges now pending against the Defendant, as well as any other related federal charges that may be filed.

     **IT IS FURTHER ORDERED** that the United States Marshals Service shall return the defendant to the Union County Jail, under safe and secure conduct, after the disposition of the above-captioned case as well as any other related federal charges that may be filed against the Defendant.

     The Clerk is directed to certify copies of this Order to the United States Marshals Service, the Union County Jail, and the United States Attorney.

     **SO ORDERED**.

Signed: June 25, 2026

David C. Keesler
United States Magistrate Judge